Chris N. Pope, Appellant, v. Walter L. Gregory, James B. Cashin and William F. Clarke, Civil Service Commissioners of Chicago, Appellees.

Gen. No. 44,225.

opinion filed June 14, 1949; released for publication September 16, 1949. Michael F. Ryan, for appellant; Richard F. McPartlin, Jr., of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellees; L. Louis Karton, Head of Appeals and Review Division, Carl H. Lundquist and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.